INSD Pro Se Blank Filing (caption and certificate of service) 4/19

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
9:31 am, May 05, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

PIERRE Q. PULLINS
*Plaintiff(s)*

-v-

INDIANAPOLIS STAR Inc and GANNETT Inc.
*Defendant*

Case No. 1:20-cv-01312-JPH-MPB

Jury Demanded

## COMPLAINT FOR LIBEL AND CONSPIRACY
(Title your document on this line.)

I am the (plaintiff)/defendant (circle one) in this case and I state as follows:

Beginning on or about 4/23/2018 and continuing thru to 5/8/2018 the Indianapolis Star published an online candidate guide in which the Indianapolis Star deliberately misquoted Pullins, a PRP candidate for federal office, by editing out his comment concerning Incumbent Congressman Andre Carson, after Pullins was told his comments were approved. Pullins wrote the Indianapolis Star to

INSD Pro Se Blank Filing (caption and certificate of service) 4/19

request his comments not be censored or edited out ~~on~~ P2P as has happened before. Pullins believes his comment was censored out to protect Congressman Carson. That this was done in a "meeting of the minds" with other news organizations to keep Pullins questions of the Congressman from the public. Pullins believes it was inkind assistance from the Indianapolis Star to Carson Campaign. The star has a history of treating Pullins diffrent than other cand.

Date: 5/3/2020    Signed: _Pum ZPulli_
                           Filing party

Address and Telephone Number:

6120 Westlake Dr. Apt B
Indpls, IN 46224
317 797 7190

## CERTIFICATE OF SERVICE

I certify that a copy of this document _____
                                        (fill in name of your document)

has been mailed, postage prepaid, upon (insert names and addresses of other parties in

space provided):