UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PIERRE Q. PULLINS, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cv-01312-JPH-MPB |
| INDIANAPOLIS STAR INC., GANNETT INC., | ) |
| Defendants. | ) |

**ORDER DISMISSING CASE**

On May 15, 2020, the Court ordered Plaintiff, Pierre Pullins, to show cause by June 15, 2020 why this case should not be dismissed for lack of subject matter jurisdiction. Dkt. 3. On Mr. Pullins's motions, dkt. 4, dkt. 6, the show-cause deadline was extend to August 8, 2020, dkt. 7. Mr. Pullins did not respond by that deadline but filed a third motion for extension of time on August 24, 2020, dkt. 8, which was denied, dkt. 9. Because Mr. Pullins has not shown a basis for this Court's jurisdiction, this case is **DISMISSED without prejudice** for lack of jurisdiction. Final judgment shall issue by separate entry.

**SO ORDERED.**

Date: 10/6/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

PIERRE Q. PULLINS
6120 Westlake Dr. N.
Apt. B
Indianapolis, IN 46224